Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SPECTRUM PAINTING & DECORATING, INC., a California corporation, *aka* SPECTRUM PAINTING; and DAVID MIN HANG CHAN, individually,<br><br>　　　　Defendants. | Case No.: C13-1782 SC<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER THEREON**<br><br>Date:　July 26, 2013<br>Time:　10:00 a.m.<br>Dept.:　1, 17th Floor, San Francisco, CA<br>Judge: The Honorable Samuel Conti |

　　　　Plaintiffs herein respectfully submit their Case Management Statement, requesting that the Case Management Conference, currently on calendar for July 26, 2013 be continued for 90 days. Good cause exists for the continuance, as follows:

　　　　1.　　As the Court's records will reflect, this action was filed on April 19, 2013. The Defendants were served on May 10, 2013, and a Proof of Service of Summons was filed with the Court on May 20, 2013 (Dkt. #11). Defendants failed to plead or otherwise respond to the lawsuit, and the Clerk entered default as to both Defendants on July 8, 2013 (Dkt. #16).

　　　　2.　　The parties have been in contact to discuss resolution of this matter. Defendants submitted contribution reports stating that they had no employees during the time period December 2012 through May 2013. However, one of Defendants' employees submitted paystubs to the Plaintiff Trust Funds' administrator indicating that contributions are owed for hours worked

--1--
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
No.: C13-1782 SC

C:\temp\notesBCBF1C\C13-1782 SC - Request to Continue CMC 071913.doc

during December 2012.

3. In order to evaluate the December 2012 discrepancy, and in accordance with the Collective Bargaining Agreement, the Trust Funds have requested an audit of Defendants' payroll records in order to confirm proper reporting and payment of contributions. (*See also* Complaint, ¶18 and Complaint, Prayer ¶2.) This audit should take place within the next thirty days. A notice requesting an audit was sent to Defendants on July 10, 2013. Defendants have yet to respond.

4. Based on the foregoing, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for July 26, 2013, be continued for 90 days to allow time for the audit to be conducted and finalized, and for the parties to discuss payment of all amounts due. If Defendant does not submit payment or agree to a payment plan, a Motion for Default Judgment will be filed.

5. There are still no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 19th day of July, 2013, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/S/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to Friday, October 25, 2013 at 10:00 a.m. All related deadlines are extended accordingly

Date: 07/22/2013

UNITED STATES DISTRICT JUDGE
Judge Samuel Conti

--2--
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
No.: C13-1782 SC

C:\temp\notesBCBF1C\C13-1782 SC - Request to Continue CMC 071913.doc