IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND
TAPERS TRUST FUND, et al.,

    Plaintiffs,

  v.

SPECTRUM PAINTING &
DECORATING; DAVID MIN HANG
CHAN

    Defendants.

Case No. C 13-1782 SC

ORDER RE: APPOINTMENT OF COUNSEL

On December 11, 2013, the Court issued an order referring Defendant David Min Hang Chan to the Federal Pro Bono Project and staying this case pending appointment of counsel. ECF No. 25 ("Order"). That order is WITHDRAWN, because it was procedurally in error, and the stay on this case is lifted.

Mr. Chan is encouraged to discuss his case with the Federal Pro Bono Project at 450 Golden Gate Ave., 15th Floor, Rm. 2796, San Francisco, CA 94102, or at 1301 Clay St., 4th Floor, Room 470S, Oakland, CA 94612. He may also call the Project's appointment line at (415) 782-8982. Litigation in this case will proceed in the

meantime.

IT IS SO ORDERED.

Dated: December 13, 2013

UNITED STATES DISTRICT JUDGE