| | |
|---|---|
| 1 | Muriel B. Kaplan, Esq. (SBN 124607) |
| | Erica J. Russell, Esq. (SBN 274494) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
| | 44 Montgomery Street, Suite 2110 |
| 3 | San Francisco, CA 94104 |
| | (415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile |
| | mkaplan@sjlawcorp.com |
| 5 | erussell@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al. | Case No.: C13-1782 SC |
| Plaintiffs, | **STIPULATION RE DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT** |
| v. | |
| SPECTRUM PAINTING & DECORATING, INC., a California corporation, *aka* SPECTRUM PAINTING; and DAVID MIN HANG CHAN, individually, | Date:  March 7, 2014<br>Time: 10:00 a.m.<br>Dept.: 1, 17th Floor, San Francisco, CA<br>Judge: The Honorable Samuel Conti |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiffs BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., and Defendants SPECTRUM PAINTING & DECORATING, INC., a California corporation, *aka* SPECTRUM PAINTING; and DAVID MIN HANG CHAN, individually, are working toward an informal resolution of this matter and therefore stipulate to continue the hearing on Defendants' Motion to Set Aside Entry of Default, currently scheduled on March 7, 2014, for approximately forty (40) days to April 18, 2014, or as soon thereafter as counsel may be heard, before the Honorable Samuel Conti, in Courtroom 1, 17th Floor, Federal Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102.  Plaintiffs reserve their right to file an opposition to Defendants' Motion to Set Aside Entry of Default.

/ / /

/ / /

1 | The deadlines to file any opposition or reply papers shall be based on the new hearing date.

2

3 | Dated: February 21, 2014          SALTZMAN & JOHNSON
                                         LAW CORPORATION

4

                                 By:                  /S/

5                                         Erica J. Russell
                                        Attorneys for Plaintiffs

6

7                                     SPECTRUM PAINTING & DECORATING,
                                    INC., a California corporation, *aka*

8                                     SPECTRUM PAINTING
                                By:

9                                                /S/
                                    David Chan

10                                    RMO/CEO/President of Defendant

11

12                                   DAVID MIN HANG CHAN, an individual
                               By:

13                                                /S/
                                    David Chan, individually
                                    Defendant

14

15



16

17

18

19

20

21

22

23

24

25

26

27

28

--2--
**STIPULATION RE DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT**
No.: C13-1782 SC

P:\CLIENTS\PATCL\Spectrum Painting 2\Pleadings\Stipulation to Continue Motion to Set Aside Default.doc