1  Muriel B. Kaplan, Esq. (SBN 124607)
   Erica J. Russell, Esq. (SBN 274494)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  erussell@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                        UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  BAY AREA PAINTERS AND TAPERS            Case No.:  C13-1782 SC
    PENSION TRUST FUND, et al.
11                                          **STIPULATION RE DEFENDANTS'**
              Plaintiffs,                   **MOTION TO SET ASIDE ENTRY OF**
12  v.                                      **DEFAULT**

13  SPECTRUM PAINTING & DECORATING,         Date:  April 18, 2014
    INC., a California corporation, *aka*   Time:  10:00 a.m.
14  SPECTRUM PAINTING; and DAVID MIN        Dept.: 1, 17th Floor, San Francisco, CA
    HANG CHAN, individually,                Judge: The Honorable Samuel Conti
15
              Defendants.
16

17

18        PLEASE TAKE NOTICE that Plaintiffs BAY AREA PAINTERS AND TAPERS

19  PENSION TRUST FUND, et al. ("Plaintiffs") and Defendants SPECTRUM PAINTING &

20  DECORATING, INC., a California corporation, *aka* SPECTRUM PAINTING; and DAVID MIN

21  HANG CHAN, individually (collectively "Defendants"), are continuing to work toward an

22  informal resolution of this matter and therefore stipulate to continue the hearing on Defendants'

23  Motion to Set Aside Entry of Default, currently scheduled on April 18, 2014, for approximately

24  thirty (30) days to May 23, 2014, or as soon thereafter as counsel may be heard, before the

25  Honorable Samuel Conti, in Courtroom 1, 17th Floor, Federal Courthouse, 450 Golden Gate

26  Avenue, San Francisco, California 94102.

27  / / /

28

1   Plaintiffs reserve their right to file an opposition to Defendants' Motion to Set Aside Entry

2   of Default.  The deadlines to file any opposition or reply papers shall be based on the new hearing

3   date.

4

5   Dated: April 4, 2014                    SALTZMAN & JOHNSON
                                            LAW CORPORATION
6

7                                      By:  _____/S/_____
                                            Erica J. Russell
8                                           Attorneys for Plaintiffs

9
    Dated: April 4, 2014                    SPECTRUM  PAINTING  &  DECORATING,
10                                          INC.,  a  California  corporation,  *aka*
                                            SPECTRUM PAINTING
11

12                                     By:  _____/S/_____
                                            David Chan
13                                          RMO/CEO/President of Defendant

14
    Dated: April 4, 2014                    DAVID MIN HANG CHAN, an individual
15

16                                     By:  _____/S/_____
                                            David Chan, individually
17                                          Defendant

18

19  IT IS SO ORDERED that Defendants' Motion to Set Aside Entry of Default is continued to Friday,

20  May 30, 2014, at 10:00 a.m.

21  Date:  _____04/07/2014_____            _____
                                            UNITED STATES DISTRICT JUDGE
22

23                                          IT IS SO ORDERED
                                            AS MODIFIED
24
                                            Judge Samuel Conti
25

26

27

28

--2-
**STIPULATION RE DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT**
**No.: C13-1782 SC**
P:\CLIENTS\PATCL\Spectrum Painting 2\Pleadings\Stipulation to Continue Motion to Set Aside Default 4-4-14.doc