Muriel B. Kaplan, Esq. (SBN 124607)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>SPECTRUM PAINTING & DECORATING, INC., a California corporation, *aka* SPECTRUM PAINTING; and DAVID MIN HANG CHAN, individually,<br><br>        Defendants. | Case No.:  C13-1782 SC<br><br>**STIPULATION RE DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br>Date:   May 30, 2014<br>Time:   10:00 a.m.<br>Dept.:  1, 17th Floor, San Francisco, CA<br>Judge: The Honorable Samuel Conti |

    PLEASE TAKE NOTICE that Plaintiffs BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al. ("Plaintiffs") and Defendants SPECTRUM PAINTING & DECORATING, INC., a California corporation, *aka* SPECTRUM PAINTING; and DAVID MIN HANG CHAN, individually (collectively "Defendants"), have been working toward and are near reaching an informal resolution of this matter, and therefore stipulate to continue the hearing on Defendants' Motion to Set Aside Entry of Default, currently scheduled on May 30, 2014, for approximately twenty (20) days to June 20, 2014, or as soon thereafter as the parties may be heard, before the Honorable Samuel Conti, in Courtroom 1, 17th Floor, Federal Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102.

/ / /

1  Plaintiffs reserve their right to file an opposition to Defendants' Motion to Set Aside Entry
2  of Default.  The deadlines to file any opposition or reply papers shall be based on the new hearing
3  date, with any opposition due fourteen (14) calendar days prior to the hearing and any reply due
4  seven (7) calendar days prior to the hearing.

6  Dated: May __, 2014                          SALTZMAN & JOHNSON
                                                LAW CORPORATION

8                                               By: _____
                                                    Erica J. Russell
9                                                   Attorneys for Plaintiffs

11 Dated: May __, 2014                          SPECTRUM PAINTING & DECORATING,
                                                INC., a California corporation, *aka*
                                                SPECTRUM PAINTING

13                                              By: _____
                                                    David Chan
14                                                  RMO/CEO/President of Defendant

16 Dated: May    , 2014                         DAVID MIN HANG CHAN, an individual

17                                              By: _____
                                                    David Chan, individually
18                                                  Defendant

20 IT IS SO ORDERED.

22 Date: _____05/12/2014_____                   [Signature of Judge Samuel Conti]
                                                UNITED STATES DISTRICT JUDGE

--2--
**STIPULATION RE DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT**
No.: C13-1782 SC

P:\CLIENTS\PATCL\Spectrum Painting 2\Pleadings\Stipulation to Continue Motion to Set Aside Default 5-8-14.doc