Muriel B. Kaplan, Esq. (SBN 124607)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SPECTRUM PAINTING & DECORATING, INC., a California corporation, *aka* SPECTRUM PAINTING; and DAVID MIN HANG CHAN, individually,<br><br>Defendants. | Case No.: C13-1782 SC<br><br>**STIPULATION RE DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br>Date:   June 20, 2014<br>Time:  10:00 a.m.<br>Dept.: 1, 17th Floor, San Francisco, CA<br>Judge: The Honorable Samuel Conti |

PLEASE TAKE NOTICE that Plaintiffs BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al. ("Plaintiffs") and Defendants SPECTRUM PAINTING & DECORATING, INC., a California corporation, *aka* SPECTRUM PAINTING; and DAVID MIN HANG CHAN, individually (collectively "Defendants"), have reached an informal resolution of this matter, pending approval by Plaintiffs' Board of Trustees, and are working on payment terms; therefore, the parties stipulate to continue the hearing on Defendants' Motion to Set Aside Entry of Default, currently scheduled on June 20, 2014, for approximately thirty (30) days to July 25, 2014, or as soon thereafter as counsel may be heard, before the Honorable Samuel Conti, in Courtroom 1, 17th Floor, Federal Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102. Once the Board of Trustees approves the settlement and payment terms have been finalized, Defendants will file a Notice of Withdrawal of their Motion to Set Aside Default.

1  In the event settlement and/or payment terms cannot be agreed upon, Plaintiffs reserve
2  their right to file an opposition to Defendants' Motion to Set Aside Entry of Default. The
3  deadlines to file any opposition or reply papers shall be continued and based on the new hearing
4  date.

6  Dated: June 5, 2014　　　　　　　　　　　　SALTZMAN & JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　LAW CORPORATION

8  　　　　　　　　　　　　　　　　　　By: _____/S/_____
　　　　　　　　　　　　　　　　　　　　　Erica J. Russell
9  　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

11  Dated: June 5, 2014　　　　　　　　　　　　SPECTRUM PAINTING & DECORATING,
　　　　　　　　　　　　　　　　　　　　　　　INC., a California corporation, *aka*
　　　　　　　　　　　　　　　　　　　　　　　SPECTRUM PAINTING

13  　　　　　　　　　　　　　　　　　　By: _____/S/_____
　　　　　　　　　　　　　　　　　　　　　David Chan
14  　　　　　　　　　　　　　　　　　　　　　RMO/CEO/President of Defendant

16  Dated: June 5, 2014　　　　　　　　　　　　DAVID MIN HANG CHAN, an individual

17  　　　　　　　　　　　　　　　　　　By: _____/S/_____
　　　　　　　　　　　　　　　　　　　　　David Chan, individually
18  　　　　　　　　　　　　　　　　　　　　　Defendant

20  IT IS SO ORDERED.  The hearing on the motion for default judgment is continued to Friday,
21  　　　　　　　　　　　August 8, 2014, at 10:00 a.m.

22  Date: 06/06/2014　　　　　　　　　　　　　[signature]
23  　　　　　　　　　　　　　　　　　　　　　HONORABLE SAMUEL CONTI
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

--2--
STIPULATION RE DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT
No.: C13-1782 SC
P:\CLIENTS\PATCL\Spectrum Painting 2\Pleadings\Stipulation Re Motion to Set Aside Default 6-4-14.doc

# ATTESTATION CERTIFICATE

In accord with the Northern District of California's General Order No. 45, Section X(B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

Dated: June 5, 2014

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____
Erica J. Russell
Attorneys for Plaintiffs

# PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On **June 5, 2014,** I served the following document(s):

**STIPULATION RE DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelopes were addressed and mailed as follows:

> David Min Hang Chan
> Spectrum Painting & Decorating, Inc.
> 1325 Howard Ave. #336
> Burlingame, CA  94010

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **June 5, 2014,** at San Francisco, California.

_____/S/_____
Michelle Valentine
Paralegal

-2-
STIPULATION RE DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT
No.: C13-1782 SC
P:\CLIENTS\PATCL\Spectrum Painting 2\Pleadings\Stipulation Re Motion to Set Aside Default 6-4-14.doc